**FILED**
**Feb 05, 2020**
**01:40 PM(CT)**
**TENNESSEE COURT OF**
**WORKERS' COMPENSATION**
**CLAIMS**



# TENNESSEE BUREAU OF WORKERS' COMPENSATION
# IN THE COURT OF WORKERS' COMPENSATION CLAIMS
# AT NASHVILLE

| | | |
|---|---|---|
| Tanya Amaya, | ) | Docket No. 2019-06-1559 |
| Employee, | ) | |
| v. | ) | |
| Sims Recycling Solutions, Inc., | ) | State File No. 21507-2018 |
| Employer, | ) | |
| And | ) | |
| Travelers Indem. Co. of Conn., | ) | Judge Kenneth M. Switzer |
| Carrier. | ) | |

## EXPEDITED HEARING ORDER

The Court scheduled an expedited hearing on Ms. Amaya's request to take place on February 4, 2020.[1] At that hearing, the parties announced they reached several agreements, which they placed on the record and discussed with the Court. They agreed as follows:

- Ms. Amaya is self-represented at this time.
- Sims Recycling previously offered three valid panels (Exhibit 1) from which Ms. Amaya chose authorized physicians.
- Ms. Amaya hurt her right shoulder but now believes she injured the other shoulder as well from favoring it due to the injury.
- A previous authorized treating physician treating her shoulder, Dr. Garside, declined to see Ms. Amaya again, so Sims Recycling offered another panel (Exhibit 2) from which Ms. Amaya shall select a physician to offer a second opinion and/or treat the shoulders.
- Ms. Amaya shall return the panel form to counsel for Sims Recycling so his client can schedule an appointment.
- Because Sims offered the relief Ms. Amaya requested, an expedited hearing is unnecessary.
- Sims Recycling filed a motion to dismiss immediately before the hearing,

---

[1] Sims provided a certified court interpreter at the hearing.

arguing that Ms. Amaya did not respond to written discovery. Ms. Amaya expressed an understanding that whether or not she retains an attorney, she must respond to the discovery.

Under these circumstances, the Court orders the following:

1. Upon receipt of the signed panel-selection form, Sims Recycling shall promptly schedule an appointment with the chosen physician.

2. Ms. Amaya shall provide written discovery responses to Sims Recycling's attorney on or before **February 18, 2020. Should she fail to do so, the Court might dismiss her case with prejudice to its refiling.**

3. The Court schedules a status conference on **April 13 at 9:30 a.m. Central time. You must dial 615-532-9552 or 866-943-0025 toll-free to participate.** Failure to call at the designated time might result in a determination of the issues without your participation. The Court will also hear Sims Recycling's Motion to Dismiss at that time.

4. Ms. Amaya may contact an ombudsman at 1-800-332-2667 for assistance with preparing her responses to written discovery and the motion to dismiss and/or if she has procedural questions about her case.

5. Should the parties reach a full, final settlement before the next hearing, they shall notify the Court's staff attorney, Jane Salem (615-770-1709 or jane.f.salem@tn.gov), and prepare the appropriate documents to seek settlement approval.

**ENTERED February 5, 2020.**

**JUDGE KENNETH M. SWITZER**
**Court of Workers' Compensation Claims**

2

## CERTIFICATE OF SERVICE

I certify that a copy of the Expedited Hearing Order was sent as indicated on February 5, 2020.

| Name | Certified Mail | Regular Mail | Email | Sent to: |
|------|----------------|--------------|-------|----------|
| Ms. Amaya, self-represented employee | X | | | 232 Clipper Ct. Nashville TN  37211 |
| Chip Storey, employer's attorney | | | X | cstoreyj@travelers.com tejohnso@travelers.com |

Penny Shrum, Clerk of Court
**Court of Workers' Compensation Claims**
**WC.CourtClerk@tn.gov**

**FORM C-42**



## AGREEMENT BETWEEN EMPLOYER/EMPLOYEE CHOICE OF PHYSICIAN

*It is a crime to knowingly provide false, incomplete or misleading information to any party to a workers' compensation transaction for the purpose of committing fraud. Penalties include imprisonment, fines and denial of insurance benefits.*

In compliance with The Tennessee Workers' Compensation Law, T.C.A. Section 50-6-204

The injured employee shall accept the medical benefits afforded hereunder; provided, the employer shall designate a group of three (3) or more reputable physicians or surgeons not associated together in practice, if available in that community, from which the injured employee shall have the privilege of selecting the operating surgeon and the attending physician. If the injury is a back injury, the statutory panel must be expanded to 4, one of whom must be a chiropractor with treatment limited to 12 chiropractic visits. Further, if the injury or illness requires the treatment of a physician or surgeon who practices orthopedic or neuroscience medicine, the employer may appoint a panel practicing orthopedic or neuroscience medicine consisting of 5 physicians, with no more than 4 physicians affiliated in practice. If the employer provides this panel, the injured employee shall be entitled to have a second opinion on the issue of surgery, impairment, and a diagnosis from that same panel.

**1. Middle Tennessee Occupational Medicine     (615) 213-2880**

PHYSICIAN'S NAME

1227 Heil Quaker Blvd.          LaVergne          TN          37086

OFFICE ADDRESS          CITY          STATE          ZIP

**2. Dr. Austin "Tony" Adams     (615) 355-1620**

PHYSICIAN'S NAME

321 Quecreek Circle          Smyrna          TN          37167

OFFICE ADDRESS          CITY          STATE          ZIP

**3. U.S. Health Works     (615) 984-2850**

PHYSICIAN'S NAME

1332 Hazelwood Drive          Smyrna          TN          37167

OFFICE ADDRESS          CITY          STATE          ZIP

**4.**

PHYSICIAN'S or CHIROPRACTOR'S NAME          PHONE

OFFICE ADDRESS          CITY          STATE          ZIP

**5.**

PHYSICIAN'S NAME          PHONE

OFFICE ADDRESS          CITY          STATE          ZIP

(d)(1)   "The injured employee must submit to examination by the employer's physician at all reasonable times if requested to do so by the employer, but the employee shall have the right to have the employee's own physician present at such examination, in which case the employee shall be liable to such physician for such physician's services."

(7)   "If the injured employee refuses to comply with any reasonable request for examination or to accept the medical or specialized medical services which the employer is required to furnish under the provisions of this law, such injured employee's right to compensation shall be suspended and no compensation shall be due and payable while such injured employee continues such refusal."

**According to the provisions of this agreement, I hereby have selected the following physician from the list provided to me by my employer,**

Physician chosen: 03 23 2018                      Date of injury: Aug 10, 2019

Date of selection: Dr Austin Adams                Date of appointment: _____

**Sims Recycling Solutions**

Employer's Name

417 New Sanford Rd.

Street Address

LaVergne          TN          37086

City          State          Zip

(615) 751-5796

Phone

_____
Employer's Signature

Tanya Amaya

Employee's Name

232 Clipper Ct

Street Address

Nashville          TN          37211

City          State          Zip

_____
Phone

Tanya Amaya
Employee's Signature

604 54 9547

Employee's SSN

_____
State File Number

**CLEAR FORM**

LB-0382 (REV. 07/08)                                        RDA 10183


EXHIBIT
1



**FORM C-42**

## EMPLOYEE'S CHOICE OF PHYSICIAN

An employer must provide a partially-completed form listing at least three physicians to an employee upon the report of a workplace injury. The employee must complete and then sign and date the section below that indicates the physician chosen. A copy of the fully-completed form should be provided to the employee with the original kept on file by the employer. If the employee refuses to accept medical services from the chosen physician, the employee's rights to benefits may be delayed. **NOTE**: Employees traveling more than 15 miles one way to or from medical treatment may seek reimbursement of their travel expenses from the insurance carrier.

### TO BE COMPLETED BY THE EMPLOYER:

Employer **Sims Recycling Solutions**     Date of Injury **08/10/2017**

Employer Contact **Carrie Billingsley**     Phone **(615) 751-5796**   Email **carrie.billingsley@simsmm.com**

Physician Name **Dr. Colin Crosby (Elite Sports Med)**     Phone **(615) 234-1600**
Address **2004 Hayes St., Ste. 200** City **Nashville**     State **TN** Zip **37203**

Physician Name **Dr. Christopher Kauffman (Hughston Clinic)**     Phone **(615) 834-4722**
Address **394 Harding Place, Ste. 200**   City **Nashville**     State **TN** Zip **37203**

Physician Name **Dr. Gray Stahlman (TN Ortho Alliance)**     Phone **(615) 329-6600** x1295 *(scheduling)*
Address **One City - 8 City Blvd**   City **Nashville**     State **TN** Zip **37209**

### TO BE COMPLETED BY THE EMPLOYEE:

I have selected the following physician from the list provided to me by my employer:

Physician Name _Dr. Gray Stahlman_     Date Selected _4-27-18_

Employee Name _TANYA AMAYA_     Phone _615-588 69-11_

Address _232 Clipper CT_ City _Nashville_     State _TN_ Zip _37211_

Phone _615 588-6911_     Email

Employee Signature _Tanya AMAYA_     Date _4-27-18_

TRV,GM183182100180000000,11/14/2018,ECN1831821000314

Tennessee Bureau of Workers' Compensation
220 French Landing Drive, I-B
Nashville, TN 37243-1002

**FORM C-42**

## EMPLOYEE'S CHOICE OF PHYSICIAN

An employer must provide a partially-completed form listing at least three physicians to an employee upon the report of a workplace injury. The employee must complete and then sign and date the section below that indicates the physician chosen. A copy of the fully-completed form should be provided to the employee with the original kept on file by the employer. If the employee refuses to accept medical services from the chosen physician, the employee's rights to benefits may be delayed. **NOTE**: Employees traveling more than 15 miles one way to or from medical treatment may seek reimbursement of their travel expenses from the insurance carrier.

**TO BE COMPLETED BY THE EMPLOYER:**

Employer _Sims Recycling Solutions_          Date of Injury _08/10/2017_

Employer Contact _____ Phone _____ Email _____

Physician Name _Dr. James Walker_          Phone _(615)329-2408_
Address _4219 Hillsboro Pike #306_   City _Nashville_   State _TN_ Zip _37215 0000_

Physician Name _Dr. Stephen Montgomery_          Phone _____
Address _4219 Hillsboro Pike #306_   City _Nashville_   State _TN_ Zip _37215 0000_

Physician Name _Dr. Pamela Auble_          Phone _(615)340 4686_
Address _2200 21st Ave S. #401_   City _Nashville_   State _TN_ Zip _37212 0000_

**TO BE COMPLETED BY THE EMPLOYEE:**

**I have selected the following physician from the list provided to me by my employer:**

Physician Name _Dr. Pamela Auble_          Date Selected _____

Employee Name _Tanya Amaya_          Appt Date/Time _____

Address _232 Clipper Ct_   City _Nashville_   State _TN_ Zip _37211_

Phone _(615)582 6911_          Email _____

Employee Signature _TANYA AMAYA_          Date _11-7-18_

LB-0382 (REV 11/15)                                        RDA 10183
C24299 8/16                                        F3162C1P18306003207   00001   N

TRV,GM1831821001180000000,11/14/2018,ECN1831821000314

PLEASE ENSURE THAT ADDRESS BELOW APPEARS IN ADDRESS AREA OF RETURN ENVELOPE



**TRAVELERS**

Travelers Indemnity Co of CT
Po Box 660456
Dallas, TX 75266--045

TRV,GM1831821001180000000,11/14/2018,ECN1831821000314

TANYA GARRETT
232 CLIPPER CT
NASHVILLE TN 37217

BUSINESS REPLY MAIL
FIRST-CLASS MAIL    PERMIT NO. 49    HARTFORD CT

POSTAGE WILL BE PAID BY ADDRESSEE

NASHVILLE
TN 370

NO POSTAGE
NECESSARY
IF MAILED
IN THE
UNITED STATES

75266-9998





**FORMULARIO C-42**
**FORM C-42**

## SELECCIÓN DE MÉDICO POR UN EMPLEADO
## EMPLOYEE'S CHOICE OF PHYSICIAN

**Un empleador tiene que proporcionar un formulario parcialmente completado que enumere al menos tres médicos a un empleado al reportar una lesión que ocurrió en el lugar de trabajo.** El empleado tiene que completar y luego firmar y fechar la sección abajo que indica el médico escojido. Una copia del formulario completado debe ser proporcionado al empleado y el original se debe mantener en los archivos del empleador. Si el empleado rehusa aceptar servicios médicos del médico escojido, los derechos a beneficios del empleado pueden ser retrasados. **NOTA:** Los empleados que viajan más de 15 millas de ida o de vuelta que tratamiento médico pueden pedir reembolso de sus gastos de viaje a la compañía aseguradora

**An employer must provide a partially-completed form listing at least three physicians to an employee upon the report of a workplace injury.** The employee must complete and then sign and date the section below that indicates the physician chosen. A copy of the fully-completed form should be provided to the employee with the original kept on file by the employer. If the employee refuses to accept medical services from the chosen physician, the employee's rights to benefits may be delayed. **NOTE**: Employees traveling more than 15 miles one way to or from medical treatment may seek reimbursement of their travel expenses from the insurance carrier.

**PARA SER COMPLETADO POR EL EMPLEADOR:**
**TO BE COMPLETED BY THE EMPLOYER:**

Empleador (Employer) **Sims Recycling Solutions** Fecha de Lesión (Date of Injury) **8/10/2017**

Contacto del Empleador (Employer Contact) **Attorney Chip Storey** Teléfono (Phone) **6156606209**

Correo Electrónico (Email) **cstoreyj@travelers.com**

Nombre del Médico (Physician Name) **Dr. David West** Teléfono (Phone) **615-837-4360**

Dirección (Address) **4300 Sidco Dr** Ciudad (City) **Nashville** Estado (State) **TN**

(Código Postal) Zip **37211**

Nombre del Médico (Physician Name) **Dr. David Moore** Teléfono (Phone) **615-324-1600**

Dirección (Address) **2021 Church St #200** Ciudad (City) **Nashville** Estado (State) **TN**

(Código Postal) Zip **37232**

Nombre del Médico (Physician Name) **Dr. James Renfro** Teléfono (Phone) **615-366-8890**

Dirección (Address) **394 Harding Place #200** Ciudad (City) **Nashville** Estado (State) **TN**

(Código Postal) Zip **37211**

**EXHIBIT**
**2**

tabbies®

LB-0382s (REV 11/15)

**PARA SER COMPLETADO POR EL EMPLEADOR**
**TO BE COMPLETED BY THE EMPLOYEE:**

He seleccionado el siguiente médico de la lista que mi empleador me proprocionó:
I have selected the following physician from the list provided to me by my employer:

Nombre del Médico (Physician Name) _____ Fecha Seleccionada (Date Selected) _____

Nombre del Empleado (Employee Name) **Tanya Amaya** _____ Teléfono (Phone) **6155826911**

Dirección (Address) **232 Clipper Court** Ciudad (City) **Nashville** Estado (State) **TN**

(Código Postal) Zip **37211**

Teléfono (Phone) **6155826911** Correo Electrónico (Email) **n/a** _____

Firma del Empleador (Employee Signature) _____ (Fecha) Date _____



<u>Expedited Hearing Order Right to Appeal</u>:

If you disagree with this Expedited Hearing Order, you may appeal to the Workers' Compensation Appeals Board. To appeal an expedited hearing order, you must:

1. Complete the enclosed form entitled: "Notice of Appeal," and file the form with the Clerk of the Court of Workers' Compensation Claims *within seven business days* of the date the expedited hearing order was filed. When filing the Notice of Appeal, you must serve a copy upon all parties.

2. You must pay, via check, money order, or credit card, a **$75.00 filing fee** *within ten calendar days* after filing of the Notice of Appeal. Payments can be made in-person at any Bureau office or by U.S. mail, hand-delivery, or other delivery service. In the alternative, you may file an Affidavit of Indigency (form available on the Bureau's website or any Bureau office) seeking a waiver of the fee. You must file the fully-completed Affidavit of Indigency *within ten calendar days* of filing the Notice of Appeal. **Failure to timely pay the filing fee or file the Affidavit of Indigency will result in dismissal of the appeal.**

3. You bear the responsibility of ensuring a complete record on appeal. You may request from the court clerk the audio recording of the hearing for a $25.00 fee. If a transcript of the proceedings is to be filed, a licensed court reporter must prepare the transcript and file it with the court clerk *within ten business days* of the filing the Notice of Appeal. Alternatively, you may file a statement of the evidence prepared jointly by both parties *within ten business days* of the filing of the Notice of Appeal. The statement of the evidence must convey a complete and accurate account of the hearing. The Workers' Compensation Judge must approve the statement before the record is submitted to the Appeals Board. If the Appeals Board is called upon to review testimony or other proof concerning factual matters, the absence of a transcript or statement of the evidence can be a significant obstacle to meaningful appellate review.

4. If you wish to file a position statement, you must file it with the court clerk within *ten business days* after the deadline to file a transcript or statement of the evidence. The party opposing the appeal may file a response with the court clerk *within ten business days* after you file your position statement. All position statements should include: (1) a statement summarizing the facts of the case from the evidence admitted during the expedited hearing; (2) a statement summarizing the disposition of the case as a result of the expedited hearing; (3) a statement of the issue(s) presented for review; and (4) an argument, citing appropriate statutes, case law, or other authority.

*For self-represented litigants: Help from an Ombudsman is available at 800-332-2667.*



## NOTICE OF APPEAL
Tennessee Bureau of Workers' Compensation
www.tn.gov/workforce/injuries-at-work/
wc.courtclerk@tn.gov | 1-800-332-2667

Docket No.: _____

State File No.: _____

Date of Injury: _____


_____

**Employee**

v.

_____

**Employer**

Notice is given that _____

*[List name(s) of all appealing party(ies).  Use separate sheet if necessary.]*

appeals the following order(s) of the Tennessee Court of Workers' Compensation Claims to the Workers' Compensation Appeals Board (check one or more applicable boxes and include the date file-stamped on the first page of the order(s) being appealed):

☐ Expedited Hearing Order filed on _____  ☐ Motion Order filed on _____

☐ Compensation Order filed on_____  ☐ Other Order filed on_____

issued by Judge _____.

### Statement of the Issues on Appeal
Provide a short and plain statement of the issues on appeal or basis for relief on appeal:

_____

_____

_____

_____

### Parties
**Appellant(s) (Requesting Party):** _____  ☐ Employer ☐ Employee

Address: _____  Phone: _____

Email: _____

Attorney's Name: _____  BPR#: _____

Attorney's Email: _____  Phone: _____

Attorney's Address: _____

*\* Attach an additional sheet for each additional Appellant \**

Employee Name: _____ Docket No.: _____ Date of Inj.: _____

**Appellee(s)** (Opposing Party): _____ ☐ Employer ☐ Employee
Appellee's Address: _____ Phone: _____
Email: _____
Attorney's Name: _____ BPR#: _____
Attorney's Email: _____ Phone: _____
Attorney's Address: _____

*\* Attach an additional sheet for each additional Appellee \**

## CERTIFICATE OF SERVICE

I, _____, certify that I have forwarded a true and exact copy of this Notice of Appeal by First Class mail, postage prepaid, or in any manner as described in Tennessee Compilation Rules & Regulations, Chapter 0800-02-21, to all parties and/or their attorneys in this case on this the _____ day of _____, 20 ____.

_____
*[Signature of appellant or attorney for appellant]*